# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
JAMES J. VILT, JR. - CLERK
OCT 25 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Michael Milanés Pérez
(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:21-cv-649-RGJ
(To be supplied by the clerk)

ICE Miami Disposition
(Full name of the Defendant(s) in this action)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Michael Milanés Pérez

Place of Confinement: Louisville Metro Corrections Dept.

Address: 400 S 6TH ST. LMDC Louisville, KY 40202

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: Michael Milanés Pérez

Place of Confinement: Louisville Metro Corrections Dept.

Address: 400 S 6TH ST. LMDC Louisville, KY 40202

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (X)

(3) Name of Plaintiff: Michael Milanés Pérez

Place of Confinement: Louisville Metro Correctional Dept.

Address: 400 S 6TH ST. LMDC Louisville, KY 40202

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (X)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant ICE Miami Migration is employed as Polices or Agents at Miami Migration.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(2) Defendant ICE Miami Migration is employed as Polices or Agents at Miami Migration.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant ICE Miami Migration is employed as Polices or Agents at Miami Migration.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant ICE Miami Migration is employed as Polices or Agents at Miami Migration.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(5) Defendant *ICE Miami Migration* is employed as *Polices or Agents* at *Miami Migration*.

The Defendant is being sued in his/her ( ) individual and/or ( X ) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES ( ) NO ( X )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): *ICE Miami Migration*
_____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Thoses Corrupts and Delinguents put it/Introduced inside my Body by my Restroom - a Transmition Chip - Drugging me first at Reynaldo's House at Brownsville/Texas.

I went to Washington University Hospital to sue Thoses Corrupts by mean The Medical evidences, and Thoses Corrupts and Delinguents Conspired with The Hospital Doctor to manipulate The evidences - (X-Ray) and (Somatization exams).

On The first accident That Thoses Corrupts and Delinguents Drove me - also manipulated The medical evidences - But I can't remember The Hospital name here on Louisville/KY - but I get photo on my facebook with my car at The Police Impound Lot/Jonker. I Have published almost everything Thoses Corrupts and Delinguent Have Induced me and Done by second person.

4

### III. STATEMENT OF CLAIM(S) continued

Have Been paying 30/40/50.000 Dollars on the Street/Company I have worked and social Places that I frequently - to - someone Fight and Hurt me or try to kill me. Now Being on/at LMDC's Building have been trying the same - Trying to someone Delinquents Like they - fight with me and Hurt or kill me by that 50.000 Dollars my life have been running risk from I arrived at the USA - and everything it's doed to my - (Political - Academical and Personal Qualities). Those Corrupts and Delinquents Polices ICE Miami Migration have been conspiring against to me inside this - (Building = LMDC) - by mean some other Corrupts System Po-Legal - and then using to the prisoners against to me = (Organize Crime/Delito = Federal Felonies against to me/my Person/my Life/my Health and my Mental Health too) - Thank. God for your Atent.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ _____

__X__ grant injunctive relief by _____

__X__ award punitive damages in the amount of $ _____

__X__ other: _Violate abapuiet me-the 14 first Amendment_

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _10_ day of _10_, 20_21_

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _LMDC Polices_.

_____
(Signature)

Michael Milanes Perea
400 S 6th St. Dept of
Louisville Metro Corrections
Louisville - KY 40202-2306

LOUISVILLE KY 400
22 OCT 2021 PM 1 L



United States District Court
100 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

40202-222731

JAIL MAIL
UNCENSORED
Louisville Metro Corrections Department
Not Responsible




© USPS 2019