WITH deed RespeT,              CIN#      Book #        DOB        I
Michael Milanes Perez = 00641562 - 2021090094 - 06/13/1980
"I'm on Louisville Metro Correction Dept" = J4-4B    (10/09/2021)

By current make you know - That I Received - (THE
Instructions for filing a PRISONER Civil RIGHTS) - But Here -
inside THis Building = I don't know To GET THE - (Bigger
emmbeloc To send you Back THE = forms Application)
So I'm going To Try To send it all forms Appli-
cations on some - (Regular emmbeloc) - always Trying
That all forms GET overThere organized and on same
Time. Please - I Hope you Apologize To me - and
WiTHouT more preamble =

Social SECURITY = 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.

THoses - (Corrupts and Delinguente Polices/Agents)
by mean Inductions on my - (Limbic System and by se-
counds person Have Tried To make me belleve That
THey are from - (C.I.A and not from ICE migration
Miami Agents). Wherever be THE Agents = (Have Been
Violing my Human and Civil RIGHTS) = from I arrived
To USA/During 8 years and 4 months of my life - and
I sue/Demand To THE USA's Justice = (General me-
dic examination) To make official my sue/Demands
- and THen I sue/Demand THe - (Medical Quirophan O-
pperation) = Doing a - (Judicial evaloation) about
every damages THoses Corrupts and Delinquente
Polices/Agents Have Induced on my - (Limbic System)
THe - (Limbic System = iT's THE = (Human's neuralgic
center = where or by THe = iT's exercised all Organs's
function).
THoses = (Corrupts and Delinquents ICE/Polices/A-
gents Miami Migration) - Have Been paying = (50.000
Dollars on sTreeT/company) or Social plane That I'm
going frequently or worked = To some (guy or some of
THem To fight and Hurt me = Now Being inside THe
(LMDC's Building) = also Being paying money on THe sa-
me = for Hurt me. Have To Have some - (Polices Workers
on Complicity WITH THoses = Corrupts and Delinquents
ICE Polices/Agents)              TO Back, Please →

FILED
21 OCT 18  PM 4:18
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY



Thoses-(Corrupts and Delinquente are cons-
piring against to me to silence me / my rights).
(Influence of Traffic = Organized Crime = federal felony)
THE - (Accident that thoses Corrupts and
Delinquents Drove to me, by mean Inductions
on my = ((Pubic System/Brain) - and also on my
Body) = (Tentative of Murder with Premeditation) =
and it's not the first = it's the secound accident.
That Thoses-(Corrupts and Delinquente Drove me)
Thoses-(Corrupts and Delinquente Have Been Trying
to-(Kill me, - or Trying by Inductions on my-(Pub-
bic System/Brain = Hurt someone what thoses Have
sent against to me = To (manipulate evidences a-
gaint to me to try to Deportate me) = I'm going
to Deffender me, by my-(Declarations and if
it's necessary = (physically too) = I wrote this =
because some - (prisoners already Have Threaten
to me = (USA's Constitution Amendment # 2)

Michael Milanés Pérez
400 S 6TH ST.    Dept of
Louisville Metro corrections
Louisville, KY  40202-2306

LOUISVILLE KY  400

15 OCT 2021 PM 2  L



FILED (US)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 OCT 18  PM 4:18

United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY  40202-2249

40202-224999



Not Responsible
Louisville Metro Corrections Department

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019